UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY DEMOND KING,

    Plaintiff,

v.

THE LAPHAM COMPANY, et al.,

    Defendants.

Case No. 24-cv-01923-JSW

**ORDER OF DISMISSAL**

On March 28, 2024, Plaintiff Troy Demond King filed this civil action and an application to proceed *in forma* pauperis. On April 12, 2024, Magistrate Judge Westmore granted Plaintiff's application to proceed *in forma* pauperis and, upon screening the original complaint pursuant to 28 U.S.C. § 1915, found it deficient and allowed Plaintiff to file an amended complaint setting out the legal and factual basis for all of his claims. After receipt of an amended complaint, on September 12, 2025, the undersigned dismissed this action for failure to state a claim upon which relief may be granted, but gave Plaintiff leave to file an amended complaint by no later than October 10, 2025. Having received nothing further, the Court DISMISSES this action with prejudice. Judgment is HEREBY ENTERED against Plaintiff and in favor of Defendant.

    **IT IS SO ORDERED.**

Dated: December 4, 2025

JEFFREY S. WHITE
United States District Judge